8:14CV2373T35MMP

IN THE CIRCUIT COURT OF THE SIXTH
JUDICAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

Case No. 522012CA006225XXCICI

RANDALL M. SHERMAN, AS TRUSTEE
OF THE RANDALL M. SHERMAN
REVOCABLE TRUST DATED
FEBRUARY 17, 2009,

Plaintiff,

vs.

GARY B. WENCE and DFS SERVICES,
LLC, a Florida Corporation, d/b/a
DISCOVER BANK,

Defendants.

_____/



FILED
CIVIL COURT REC. DEPT.
2012 OCT 25 P 2:30
KEN BURKE
CLERK OF CIRCUIT COURT

## AMENDED VERIFIED COMPLAINT FOR FORECLOSURE

Plaintiff, RANDALL M. SHERMAN, as Trustee of the RANDALL M. SHERMAN REVOCABLE TRUST dated February 17, 2009, by and through its undersigned attorney, sues Defendants, GARY B. WENCE and DFS SERVICES, LLC, a Florida Corporation, d/b/a DISCOVER BANK, and alleges:

1. This is an action to foreclose a mortgage on real property in Pinellas County, Florida.

2. On December 13, 2010, Defendant, GARY B. WENCE, made, executed, and delivered a Promissory Note and a Mortgage securing payment of the Note to Plaintiff. The Mortgage was recorded on December 13, 2010, in Official Records Book 1719 at Page 73 of the public records of Pinellas County, Florida, and mortgaged the property described in the Mortgage then owned by and in possession of the Mortgagor.

Copies of the Note and Mortgage are attached as Exhibits A and B, respectively.

3. Plaintiff owns and holds the Note and Mortgage.

4. The property is now owned by Defendant, GARY B. WENCE, who holds possession.

5. Defendant, GARY B. WENCE, has defaulted under the Note and Mortgage by failing to make the payment due on March 1, 2012, and all subsequent payments.

6. Plaintiff, RANDALL M. SHERMAN, as Trustee of the RANDALL M. SHERMAN TRUST AGREEMENT dated February 17, 2009, declares the full amount payable under the Note and Mortgage to be due.

7. Defendant, GARY B. WENCE, owes Plaintiff principal of $45,000.00 on the Note and Mortgage, plus interest from March 1, 2012, as well as title search expenses for ascertaining the necessary parties to this action.

8. Defendant, GARY B. WENCE, has been provided with notice of default and acceleration and right to reinstate as required by the terms of the Note and Mortgage, a copy of that notice being attached as Exhibit C.

9. Defendant, DFS SERVICES, LLC, a Florida Corporation, d/b/a DISCOVER BANK, may claim some right, title, and interest in and to the real property that is the subject matter of this foreclosure proceeding by virtue of that certain Judgment dated November 28, 2011, and recorded in Official Records Book 17425 at Page 2443 of the public records of Pinellas County, Florida, but any such right, title, or interest in and to the real property is junior, subordinate, and inferior to the lien of Plaintiff's mortgage.

10. Plaintiff, RANDALL M. SHERMAN, as Trustee of the RANDALL M. SHERMAN TRUST AGREEMENT dated February 17, 2009, is obligated to pay its attorney a reasonable fee for his services.

11. In accordance with the Fair Debt collection Practices Act (15 U.S.C. §§1692 et seq.), we are required to state that this document is an attempt to collect a debt, and any information obtained will be used for that purpose.

WHEREFORE, Plaintiff, RANDALL M. SHERMAN, as Trustee of the RANDALL M. SHERMAN TRUST AGREEMENT dated February 17, 2009, demands judgment foreclosing the Mortgage and, if proceeds of the sale are insufficient to pay Plaintiff's claim, a deficiency judgment and any other relief that the court considers just.

## VERIFICATION

Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief.

Dated this 20th day of September, 2012.

By: RANDALL M. SHERMAN
Trustee of the Randall M. Sherman Revocable Trust
dated February 17, 2009

Respectfully submitted,

**LAW OFFICES OF SEAN E. HENGESBACH, P.A.**
5438 Spring Hill Drive
Spring Hill, Florida 34606
352 683-1963 Phone
352 683 3847 Fax
E-Mail: info@naturecoastlaw.com
Attorney for Plaintiff

By:
SETON T. HENGESBACH, ESQ.
Florida Bar No.: 0071957